UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL EVANS, P51115,<br>　　　　Plaintiff,<br>　　v.<br>HERNANDEZ, Counselor, et al.,<br>　　　　Defendant(s). | Case No. 17-cv-06267-SK  (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a prisoner at Centinela State Prison, has filed a pro se complaint under 42 U.S.C. § 1983. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of Imperial, which lies within the venue of the Southern District of California. See 28 U.S.C. § 84(d). Venue therefore properly lies in the Southern District of California. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Southern District of California.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: November 2, 2017

_Sallie Kim_
_____
SALLIE KIM
United States Magistrate Judge